No. 81–1672. PENNZOIL CO. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Public Service Comm'n of New York* v. *Mid-Louisiana Gas Co., ante,* p. 319.

No. 81–1916. CALIFORNIA *v.* RIEGLER. Ct. App. Cal., 5th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Illinois* v. *Andreas, ante,* p. 765.

No. 82–151. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 710 PENSION FUND, ET AL. *v.* JANOWSKI ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hensley* v. *Eckerhart,* 461 U. S. 424 (1983).

No. 82–262. CALIFORNIA ET AL. *v.* RETIRED PUBLIC EMPLOYEES' ASSOCIATION OF CALIFORNIA, CHAPTER 22, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arizona Governing Committee for Tax Deferred Annuity and Deferred Compensation Plans* v. *Norris, ante,* p. 1073.

No. 82–722. LEDBETTER ET AL. *v.* BENHAM ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jones* v. *United States, ante,* p. 354.